IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ARON ENGLISH and RICHARD PEPPE, Individually and on Behalf of All Similarly Situated Individuals, | § § § § | No. 168, 2019 |
| Plaintiffs Below, Appellants, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § § | C.A. No. 2018-0221 AGB |
| CHARLES K. NARANG, PAULA A. DILLAHAY, JAMES P. ALLEN, PAUL V. LOMBARDI, CINDY E. MORAN, AUSTIN J. YERKS, DANIEL R. YOUNG, CLOUD INTERMIEDIATE HOLDINGS, LLC, CLOUD MERGER SUB, INC., and H.I.G. CAPITAL, LLC, | § § § § § § § § § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: October 23, 2019
Decided: November 1, 2019

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

# **O R D E R**

This 1st day of November 2019, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its memorandum opinion dated March 20, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the

Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
 Justice